IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL ST. ANGELO,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3218

_____/

Opinion filed December 14, 2016.

Petition for Writ of Certiorari – Original Jurisdiction.

Michael St. Angelo, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.